IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>NATIONAL BAR ASSOCIATION, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:25cv54-MHT<br>(WO) |

ORDER

It is ORDERED that:

(1) Plaintiff's motions to appoint counsel (Doc. 21 and Doc. 22) are denied because this case has no merit.

(2) Plaintiff's motion for leave to proceed in forma pauperis (Doc. 22) is denied as moot. The magistrate judge previously granted plaintiff's motion for leave to proceed in forma pauperis in this court. *See* Order (Doc. 9).

DONE, this the 10th day of July, 2025.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE