IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:25cv54-MHT
                               )          (WO)
NATIONAL BAR ASSOCIATION,      )
                               )
     Defendant.                )
```

**ORDER**

On June 20, 2025, the clerk's office filed on the docket, as a motion to amend the complaint (Doc. 18), a filing that appears to consist of three separate one-page documents. The first document is a request to amend, includes the civil action number for this case, and seeks to add allegations that are clearly related to the complaint in this case. The second and third documents do not have case numbers. The second document seeks to amend plaintiff's complaint against Judge Cleveland Poole. Poole is not a defendant in this case. It seems likely that plaintiff wanted this document filed in the case of *Devin Brandis Pugh v.*

*Cleveland Poole*, civil action number 2:25-cv-00372-RAH. The third document asks that the summons in an unknown case be issued by a sheriff or a deputy U.S. Marshal. As these last two documents appear to unrelated to this case and lack a case number, the clerk of court is DIRECTED to strike pages two and three of Document 18 from the document.

    DONE, this the 11th day of July, 2025.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**