IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,            )
                               )
       Plaintiff,              )
                               )      CIVIL ACTION NO.
       v.                      )        2:25cv54-MHT
                               )            (WO)
NATIONAL BAR ASSOCIATION,      )
                               )
       Defendant.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 18 and Doc. 19) are overruled.

(2) Plaintiff's motion to amend the complaint (Doc. 18) is denied as futile.

(3) The United States Magistrate Judge's recommendation (Doc. 17) is adopted.

(4) This lawsuit is dismissed without prejudice for failure to prosecute and abide by court orders; because

the complaint fails to plead a plausible claim; and because the complaint fails to establish that plaintiff has standing to sue.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of July, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE